# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>            Plaintiff,<br><br>       v.<br><br>FRESNO PLUMBING & HEATING, INC., et al.,<br><br>            Defendants. | Case No.  1:15-cv-00876---SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 8)<br><br>DEADLINE: September 4, 2015 |

On August 5, 2015, Plaintiff filed a notice that the parties to this action have reached settlement.  Accordingly, it is HEREBY ORDERED that:

1.     All pending dates in this action are VACATED; and

2.     Plaintiff shall file dispositional documents on or before September 4, 2015.

IT IS SO ORDERED.

Dated:   **August 6, 2015**                                   _____
                                                                           UNITED STATES MAGISTRATE JUDGE

1