1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Jose Escobedo
6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 | JOSE ESCOBEDO,                              ) No.  1:15-CV-00876-SAB
12 |                                             )
   |            Plaintiff,                       ) **NOTICE OF VOLUNTARY DISMISSAL**
13 |                                             ) **OF ACTION; ORDER THEREON**
   |      vs.                                    )
14 |                                             )
   | FRESNO PLUMBING & HEATING, INC.             )
15 | dba FRESNO ACE HARDWARE, et al.,            )
   |                                             )
16 |            Defendants.                      )
   |                                             )
17 |_____)

18       WHEREAS, no Defendant has filed an answer or motion for summary judgment;

19       WHEREAS, Plaintiff and Defendants have settled the matter;

20       WHEREAS, no counterclaim has been filed;

21       Plaintiff hereby respectfully requests that this action be dismissed with prejudice

22 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

23

24 Date: August 12, 2015                    MOORE LAW FIRM, P.C.

25

26
                                            */s/ Tanya E. Moore*
27                                          Tanya E. Moore
                                            Attorney for Plaintiff
28                                          Jose Escobedo


NOTICE OF VOLUNTARY DISMISSAL OF ACTION; [PROPOSED] ORDER

Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

IT IS SO ORDERED.

Dated:   **August 12, 2015**

_____
UNITED STATES MAGISTRATE JUDGE